UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

---

I-90 COLD STORAGE INC. TEN BELOW LLC,

    Plaintiffs,

v.

LIBERTY MUTUAL INSURANCE and
AMERICAN STATES INSURANCE COMPANY,

    Defendants.

Civil No.: 15-5068

---

**UNCONTESTED STIPULATION FOR DISMISSAL**

Plaintiff hereby advises the Court that all claims between Plaintiffs I-90 Cold Storage, Inc. and Ten Below LLC against Defendants Liberty Mutual Insurance and American States Insurance Company in the above-entitled cause of action, and vice-versa, have been fully compromised and settled.  Therefore,

THE PARTIES HAVE STIPULATED, through their respective undersigned attorneys, that all claims between these parties should be dismissed on its merits and with prejudice, but without costs.

THE PARTIES HAVE FURTHER STIPULATED that without further notice, a judgment of dismissal with prejudice and upon the merits of all claims between these parties, without costs or disbursements to any of the parties, may be entered herein.

373445

2

THE PARTIES HAVE FURTHER STIPULATED THAT PLAINTIFF MAY FILE THIS AS AN UNCONTESTED STIPULATION.

Dated: May 28, 2016                    /s/ James D. Leach

                                                _____

James D. Leach
1617 Sheridan Lake Road
Rapid City, SD 57702
Telephone: (605) 341-4400
Fax: (605) 341-0716
jim@southdakotajustice.com

Attorney for Plaintiffs

2

373445