UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

WESTERN DIVISION

| | |
|---|---|
| I-90 COLD STORAGE INC. TEN BELOW LLC,<br><br>     Plaintiff,<br><br> vs.<br><br>LIBERTY MUTUAL INSURANCE and AMERICAN STATES INSURANCE COMPANY,<br><br>     Defendants. | CIV. 15-5068-JLV<br><br>JUDGMENT OF DISMISSAL |

  Pursuant to plaintiff's uncontested stipulation for dismissal (Docket 27), it is

  ORDERED, ADJUDGED AND DECREED that this action is dismissed on its merits with prejudice and without costs to any party.

  IT IS FURTHER ORDERED that this court retains jurisdiction over the settlement agreement should issues arise relating to the carrying out or fulfillment of the settlement agreement.

  Dated June 28, 2016.

          BY THE COURT:

          /s/ *Jeffrey L. Viken*
          JEFFREY L. VIKEN
          CHIEF JUDGE